IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DESTINY MICHELLE ROSS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | CV 24-00008-BLG-SPW<br><br>ORDER |

Plaintiff Destiny Michelle Ross moves for the admission of Kevin Kerr to practice before the Court in the above captioned matter with Michael D. Bybee of Missoula, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff Destiny Michelle Ross's motion to admit Kevin Kerr to appear *pro hac vice* (Doc. 4) is GRANTED and he is authorized to appear as counsel with Michael D. Bybee pursuant to L.R. 83.1(d) in the above captioned matter.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above.

DATED this 22nd day of January, 2024.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge